AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTTY LEE VAN HAWK
        Petitioner

v.                      **Civil Action No.**    3:23cv58

SHERIFF, Kosciusko County Jail

        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The habeas corpus petition is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases because the claims are unexhausted. Scott Lee Van Hawk is DENIED a certificate of appealability pursuant to Section 254 Habeas Corpus Rule 11.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty on Petition for Writ of Habeas Corpus

DATE: 1/30/23         CHANDA J BERTA, ACTING CLERK OF COURT

                                by   s/Monica Clawson
                                *Signature of Clerk or Deputy Clerk*